IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:14CR369 |
| | ) | |
| v. | ) | |
| | ) | |
| JAVIER BELTRAN-RIOS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to seal (Filing No. 29). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the government's motion regarding the above defendant shall remain sealed, pending further order of the Court.

DATED this 12th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court